# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SYLVIA JAMES, | ) | Case No. 3:15-cv-460 |
| Plaintiff, | ) ) ) | Judge Thomas M. Rose |
| v. | ) ) | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

**ENTRY AND ORDER GRANTING JOINT MOTION FOR REMAND (DOC. 10); VACATING THE PRIOR NON-DISABILITY FINDING; REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND TERMINATING THIS CASE**

This case is before the Court on the parties' Joint Motion To Remand (Doc. 10) pursuant to Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The Court, having been fully advised, hereby **ORDERS** that:

(1) The Joint Motion To Remand (Doc. 10) is **GRANTED**;

(2) The Commissioner's prior non-disability finding shall be **VACATED**;

(3) This case shall be **REMANDED** to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g); and

(4) This case is **TERMINATED** on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, August 16, 2016.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE