# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SYLVIA JAMES,                                  :

    Plaintiff,                            :       Case No. 3:15cv00460

vs.                                            :       District Judge Thomas M. Rose
                                                                           Chief Magistrate Judge Sharon L. Ovington
CAROLYN W. COLVIN,                             :
Commissioner of the Social
Security Administration,                       :

    Defendant.                            :

---

## DECISION AND ENTRY

---

      This case is before the Court upon the parties' Joint Stipulation For An Award Of Attorney Fee Under The Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412.  (Doc. #13).  The parties have stipulated to an award of attorney fees to Plaintiff in the amount of $3,500.00.  The parties have further agreed this award will settle any and all claims for fees, costs, and expenses that Plaintiff may have under the EAJA.

      Under the parties' agreement, any EAJA fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt she owes the United States.  *See Astrue v. Ratliff*, 560 U.S. 586 (2010).  In the event Plaintiff does not have a pre-existing debt subject to offset,

Defendant shall direct that this EAJA award be made payable to Plaintiff's attorney pursuant to an assignment duly signed by Plaintiff.

Accordingly, the Court hereby **ORDERS** that:

1. The Parties' Joint Stipulation For An Award Of Attorney Fees Under The Equal Access To Justice Act, 28 U.S.C. § 2412 (Doc. #13) is GRANTED, and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $3,500.00;

2. The Commissioner shall verify, **within thirty days of this Decision and Order,** whether or not Plaintiff owes a pre-existing debt to the United States that is subject to offset. If no such pre-existing debt exists, the Commissioner shall direct that this EAJA award be made payable to Plaintiff's attorney; and

3. The case remains terminated on the docket of this Court.

August 31, 2016                                                  THOMAS M. ROSE

_____
Thomas M. Rose
United States District Judge